IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel.<br>DARRYL L. KACZMARCZYK, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SCCI HOSPITAL VENTURES, INC.<br>d/b/a SCCI HOSPITAL HOUSTON<br>CENTRAL and SCCI HEALTH<br>SERVICES CORPORATION,<br><br>Defendants. | CIVIL ACTION NO. H-99-1031 |

## JOINT STIPULATION OF DISMISSAL

COMES NOW the United States of America ("United States"), relators Darryl L. Kaczmarczyk, Michelle M. Pate, Teresa J. Taylor, Michael D. Brigle, and Patricia G. Rocha (also known as Patricia Lizotte) (collectively, "Relators"), and defendants SCCI Health Services Corporation, SCCI Hospital Ventures, Inc., d/b/a SCCI Hospital Houston Central ("SCCI Houston") (collectively, "SCCI"), Dr. Victor A. Pallares ("Pallares") and Dr. Ramachandra Malya ("Malya") (collectively, "Defendants") by and through their respective undersigned attorneys, and hereby stipulate as follows:

1. The United States and Relators have executed a written agreement ("Settlement Agreement") with Defendants in settlement of the United States' and the Relators' claims and causes of action against SCCI and Pallares and Malya as set forth in the United States' Complaint and First Amended Complaint and the Relators' Complaint, First Amended Complaint, Second Amended Complaint and Third Amended Complaint (attached as Exhibit 1).

2. Relators agree that the amount and terms of the Settlement Agreement reached by the above parties are fair, adequate and reasonable pursuant to 31 U.S.C. § 3730(c)(2)(B).

3. The Relators and Defendants have reached agreement regarding any claims that the Relators and/or their attorneys may have for fees and costs pursuant to 31 U.S.C. § 3730(d).

4. The United States and Relators have reached agreement in full settlement of any claims the Relators may have under 31 U.S.C. § 3730(d)(1) for a share of the proceeds of the government's settlement with SCCI.

5. Consistent with the terms of the settlement agreement and with the joint agreement of the parties, Relators move for leave to file the attached Third Amended Complaint (Exhibit 1) and request that the Court direct the Clerk to file the attached Third Amended Complaint prior to dismissal of this action pursuant to Paragraphs 6 and 7 below.

6. Accordingly, consistent with the terms of the Settlement Agreement, the United States and Relators request that, pursuant to Fed. R. Civ. P. 41(a) and 31 U.S.C. § 3730(b)(1), the claims set forth in the United States' Complaint and First Amended Complaint, including all counts therein, shall be dismissed with prejudice as to all parties.

7. Consistent with the terms of the Settlement Agreement, the United States and Relators further request that, pursuant to Fed. R. Civ. P. 41(a) and 31 U.S.C. § 3730(b)(1), the claims set forth in the Relators' Complaint, First Amended Complaint, Second Amended Complaint and Third Amended Complaint, attached as an exhibit hereto, be dismissed as follows:

(a) The Relators' Complaint, First Amended Complaint, Second Amended Complaint, and Third Amended Complaint, including all counts therein, shall be dismissed with prejudice as to all Relators.

(b) The allegations in Count I of the Relators' First Amended Complaint, Second Amended Complaint and Third Amended Complaint that SCCI knowingly submitted false claims and/or statements to Medicare by (1) falsely increasing its cost reimbursement and inflating the rate of reimbursement established pursuant to the Tax Equity and Fiscal Responsibility Act of 1982 ("TEFRA") during SCCI Houston's base year cost report (the cost report period ending October 31, 1997) by allocating home office costs based on patient days as opposed to total costs; (2) including non-allowable costs for depreciation and interest associated with the purchase of SCCI Houston on SCCI Houston's cost reports for the periods ending October 31, 1997 through October 31, 2002; (3) improperly allocating amounts for amortization of prior year corporate pre-opening start-up costs on SCCI Houston's cost reports for the periods ending October 31, 1997 through October 31, 2002; and (4) including non-allowable salary expenses for individuals involved in marketing and development on SCCI Houston's cost reports for the periods ending October 31, 1997 through October 31, 2000 shall be dismissed with prejudice as to the United States.

(c) The allegations in Count II of the Relators' First Amended Complaint, Second Amended Complaint and Third Amended Complaint, as to which the United States partially intervened, *see* United States' Amended Notice of Election to Intervene in Part and to Decline in Part and Request for Clarification (Docket No. 54) and United States' Motion for Leave to Amend Complaint or, in the Alternative, Motion to Partially Intervene for Good Cause (Docket No. 144), that during the period from November 1, 1996 through December 31, 2000, SCCI knowingly presented or caused to be presented false or fraudulent claims for payment or approval to the United States for reimbursement for services rendered to Medicare patients unlawfully referred to SCCI Houston by Pallares, Malya and Joseph Guerrini, M.D., to whom SCCI provided or caused to be provided illegal remuneration and/or with whom SCCI entered or caused to be entered into prohibited financial relationships with SCCI Houston, in violation of 42 U.S.C. § 1395nn and the regulations promulgated thereunder, shall be dismissed with prejudice as to the United States.

(d) The remaining allegations in Relators' Complaint and in Counts I and II of the Relators' First Amended Complaint, Relators' Second Amended Complaint and Relators' Third Amended Complaint shall be dismissed without prejudice to the United States.[1]

---

[1] Count III of the Relators' First, Second and Third Amended Complaints, alleging retaliation and wrongful discharge, are personal to the Relators and, therefore, the United States takes no position as to the dismissal of these Counts.

A Proposed Order is attached hereto.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DONALD J. DeGABRIELLE, JR.
United States Attorney

Date: November 17, 2006  By: /s/ Michelle Zingaro
MICHELLE ZINGARO
Assistant United States Attorney
State Bar No. 12345500
Fed. Bar No. 14463
910 Travis St., Suite 1500
P.O. Box 61129
Houston, Texas 77208
Telephone: (713) 567-9512
Facsimile: (713) 718-3303

Date: December 14, 2006  By: /s/ Michael F. Hertz
MICHAEL F. HERTZ
POLLY A. DAMMANN
PATRICIA L. HANOWER
SUZETTE E. GORDON
Civil Division
Commercial Litigation Branch
P.O. Box 261
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-4397
Facsimile: (202) 305-7797

(Attorneys for the United States of America)

Date: 11/16/06

*Jennifer M. Verkamp* (signature)

JENNIFER VERKAMP, ESQ.
FREDERICK M. MORGAN, JR., ESQ.
Volkema, Thomas LPA
700 Walnut Street, Suite 400
Cincinnati, Ohio 45202-2015
Telephone: (513) 651-4400
Facsimile: (513) 651-4405

Date: _____

DONALD PATRICK MCKENNA, JR., ESQ.
SCOTT A. POWELL, ESQ.
Hare, Wynn, Newell & Newton
2025 Third Avenue North, Suite 800
Birmingham, Alabama 35203
Telephone: (205) 328-5330
Facsimile: (205) 324-2165

(Attorneys for Relators)

Date: _____

GREGORY M. LUCE, ESQ.
TOM BAYKO, ESQ.
HEATHER O'SHEA, ESQ.
Jones Day
717 Texas Avenue, Suite 3300
Houston, Texas 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600

(Attorneys for Defendants SCCI Health Services Corporation and SCCI Hospital Ventures, Inc., d/b/a SCCI Hospital Houston Central)

Date: _____        _____
                                JENNIFER VERKAMP, ESQ.
                                FREDERICK M. MORGAN, JR., ESQ.
                                Volkema, Thomas Miller, Burkett, Scott & Merry
                                700 Walnut Street, Suite 400
                                Cincinnati, Ohio 45202-2015
                                Telephone: (513) 651-4400
                                Facsimile: (513) 651-4405

Date: 11-17-06                  /s/ Donald P. McKenna
                                _____
                                DONALD PATRICK MCKENNA, JR., ESQ.
                                SCOTT A. POWELL, ESQ.
                                Hare, Wynn, Newell & Newton
                                2025 Third Avenue North, Suite 800
                                Birmingham, Alabama 35203
                                Telephone: (205) 328-5330
                                Facsimile: (205) 324-2165

                                (Attorneys for Relators)


Date: _____        _____
                                GREGORY M. LUCE, ESQ.
                                TOM BAYKO, ESQ.
                                HEATHER O'SHEA, ESQ.
                                Jones Day
                                717 Texas Avenue, Suite 3300
                                Houston, Texas 77002
                                Telephone: (832) 239-3939
                                Facsimile: (832) 239-3600

                                (Attorneys for Defendants SCCI Health Services
                                Corporation and SCCI Hospital Ventures, Inc., d/b/a
                                SCCI Hospital Houston Central)

Date: _____           _____
                                  JENNIFER VERKAMP, ESQ.
                                  FREDERICK M. MORGAN, JR., ESQ.
                                  Volkema, Thomas Miller, Burkett, Scott & Merry
                                  700 Walnut Street, Suite 400
                                  Cincinnati, Ohio 45202-2015
                                  Telephone: (513) 651-4400
                                  Facsimile: (513) 651-4405


Date: _____           _____
                                  DONALD PATRICK MCKENNA, JR., ESQ.
                                  SCOTT A. POWELL, ESQ.
                                  Hare, Wynn, Newell & Newton
                                  2025 Third Avenue North, Suite 800
                                  Birmingham, Alabama 35203
                                  Telephone: (205) 328-5330
                                  Facsimile: (205) 324-2165

                                  (Attorneys for Relators)


Date: 11/17/06                    _____
                                  GREGORY M. LUCE, ESQ.
                                  TOM BAYKO, ESQ.
                                  HEATHER O'SHEA, ESQ.
                                  Jones Day
                                  717 Texas Avenue, Suite 3300
                                  Houston, Texas 77002
                                  Telephone: (832) 239-3939
                                  Facsimile: (832) 239-3600

                                  (Attorneys for Defendants SCCI Health Services
                                  Corporation and SCCI Hospital Ventures, Inc., d/b/a
                                  SCCI Hospital Houston Central)

Date: 11/17/06

HAROLD A. ODOM, ESQ.
Odom Law Firm
1811 Southmore, Suite 300
Houston, Texas 77004
Telephone: (713) 228-0188
Facsimile: (713) 228-0190

(Attorney for Defendants Ramachandra Malya and Victor A. Pallares)

## Certificate of Service

I hereby certify that on ~~November~~ December 15, 2006, the Joint Stipulation of Dismissal and Proposed Order were mailed, first-class mail, postage prepaid to:

Tom Bayko
David M. Bays
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002

Gregory M. Luce
Heather M. O'Shea
Sheila Shadmand
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001

Harold A. "Al" Odom, III
Odom Law Firm
1811 Southmore
Houston, TX 77004

Gabriel L. Imperato
Broad & Cassel
P.O. Box 14010
Ft. Lauderdale, FL 33302

Daniel K. Hedges
Porter & Hedges
1000 Main Street, 36th Floor
Houston, TX 77002

John O'Neil Green
P.O. Box 1657
Spring, Texas 77383